1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Shanny J. Lee, Calif. Bar No. 213599
LAW OFFICES OF HARRY J. BINDER
AND CHARLES E. BINDER, P.C.
60 East 42nd Street Suite 520
New York, NY 10165
Phone (212) 677-6801
Fax   (646) 273-2196
Email:  fedcourt@binderlawfirm.com

Attorneys for Plaintiff Desiree Ann Garcia

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIREE ANN GARCIA<br><br>　　　Plaintiff,<br><br>　　　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social<br>Security,<br><br>　　　Defendant. | No.:  5:14-cv-02528-KS<br><br>~~PROPOSED~~ ORDER AWARDING<br>**ATTORNEY FEES UNDER THE<br>EQUAL ACCESS TO JUSTICE<br>ACT, PURSUANT TO 28 U.S.C.<br>§ 2412(d), AND COSTS, PURSUANT<br>TO 28 U.S.C. § 1920** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) Fees and Costs, IT IS ORDERED that Plaintiff shall be awarded attorney fees under the EAJA in the amount of THREE THOUSAND NINE HUNDRED DOLLARS ($3,900.00), and costs under 28 U.S.C. § 1920, in the amount of FOUR HUNDRED DOLLARS ($400.00), subject to the terms of the above-referenced Stipulation, to include the United States Department of the

1

1  Treasury's Offset Program pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

2  Any payment shall be delivered to Plaintiff's counsel.

3

4

5  Dated: <u>January 26, 2016</u>        <u>    /s/                                    </u>

6                                                      Karen L. Stevenson
                                                  United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28